# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JAMES RIVER INSURANCE
COMPANY,

                          CASE NO: 5:25-cv-572

      Plaintiff,

v.

SCI FUNERAL SERVICES OF
FLORIDA, LLC D/B/A FERO
FUNERAL HOME AND
MEMORIAL GARDENS; and USA
TREE SERVICE, LLC,

      Defendants.

_____/

## COMPLAINT

JAMES RIVER INSURANCE COMPANY ("James River") files suit against

SCI FUNERAL SERVICES OF FLORIDA, LLC D/B/A FERO FUNERAL

HOME AND MEMORIAL GARDENS ("Fero Memorial") and USA TREE

SERVICE, LLC ("USA Tree"), and alleges:

## NATURE OF ACTION

1.      This action seeks a declaration under 28 U.S.C. § 2201 that a fire caused

by a tree striking a power line is not covered under an insurance policy that excludes

coverage for unplanned fires and for tree trimming work performed in close proximity

to power lines.

## JURISDICTION AND VENUE

2.      Jurisdiction exists under 28 U.S.C. § 1332 because there is complete diversity and the amount in controversy exceeds $75,000, exclusive of attorney's fees, interest, and costs.

3.      Venue is proper in this district because "a substantial part of the events . . . giving rise to the claim occurred" in this district. *See* 28 U.S.C. § 1391(b)(2). More specifically, the underlying action against the defendants is pending in circuit court in Citrus County, Florida.

4.      All conditions precedent have occurred, been performed, or have been waived.

## THE PARTIES

5.      James River is a Ohio corporation with its principal place of business in Richmond, Virginia.

6.      Fero Memorial is a Florida limited liability company, whose members are citizens of Florida, Texas and Louisiana.

7.      USA Tree is a Florida limited liability company, whose members are all citizens of Florida.

## THE UNDERLYING ACTION

8.      On 02/16/2022, USA Tree was in the process of trimming trees on Fero Memorial's property.

9.      During this process, USA Tree negligently felled a tree that struck a power line located 32 feet from the tree.

10. After snapping, the power line came into contact with the roof of a structure on the property, which ignited a fire.

11. The fire spread and eventually caused significant damage to a few structures on the property.

12. Based on this incident, on 07/05/2023, Fero Memorial filed suit against USA Tree in the Circuit Court of Citrus County, Florida in Case No. 2023-CA-000883 (the "Underlying Action"). (*See* Compl., attached as Exh. "A.")

13. In the Underlying Action, Fero Memorial alleges that it has spent approximately $2,000,000 in repairing the impacted structures.

14. Fero Memorial accordingly sues USA Tree for negligence and breach of contract.

## THE JAMES RIVER POLICY

15. James River issued a Commercial Liability Policy to USA Tree as the Named Insured, bearing Policy No. 00109802-1, and effective 11/13/2021 to 11/13/2022 (the "Policy"). (*See* Policy, attached as Exh. "B.")

16. The principal coverage form, Form CG 00 01 12 07, provides in pertinent part:

SECTION I – COVERAGES

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or

"property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. …

**b.**    This insurance applies to "bodily injury" and "property damage" only if:

**(1)**    The "bodily injury" or "property damage" is caused by and "occurrence" that takes place in the "coverage territory" …

17.    The Policy also includes the following Exclusion – Designated Ongoing Operations endorsement (Form CG 21 53 01 96):

**EXCLUSION  DESIGNATED ONGOING OPERATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Designated Ongoing Operation(s):**

Any tree trimming work performed within 50 feet of power lines

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2., Exclusions of COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section 1 Coverages)**:

4

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad. …

18.    The Policy also includes the following Exclusion – Wildfire endorsement

(Form AP5064US 11-20):

### EXCLUSION - WILDFIRE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    The following is added to **Section I - Coverages, 2. Exclusions**:

This insurance does not apply to:

**Wildfire**

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", arising out of, directly or indirectly resulting from, or in any way related to "wildfire".

**B.**    For purposes of this endorsement, the following is added to **Section V - Definitions**:

"Wildfire" means any uncontrolled or unplanned fire, including but not limited to human caused fire whether authorized or not, which may

consume houses, buildings or other structures and agricultural resources in any area, vegetation of any type, including, but not limited to, brush fire, brushfire, desert fire, escaped prescribed fires, forest fire, grass fire, veld fire, ground fire, hill fire, peat fire, range fire, vegetation fire, wild fire, wildland fire or wildland urban interface fire. "Wildfire" also includes all smoke, heat, soot or fumes associated with or resulting in any way from such "wildfire."

19.    The Policy further includes the following Duty to Defend Exclusion contained within the Combined Policy Exclusions endorsement (Form AP2029US 12-10):

**DUTY TO DEFEND EXCLUSION**

Where there is no coverage under this policy, there is no duty to defend.

**COUNT I – NO COVERAGE UNDER**
**DESIGNATED ONGOING OPERATIONS EXCLUSION**

20.    James River incorporates paragraphs 1 through 19.

21.    The Policy excludes coverage for property damage arising out of "[a]ny tree trimming work performed within 50 feet of power lines."

22.    Here, USA Tree was cutting down a portion of a tree when it fell and struck a power line located 32 feet from the tree.

23.    James River accordingly has no duty to defend or indemnify USA Tree in the Underlying Action.

## COUNT II – NO COVERAGE UNDER
## WILDFIRE EXCLUSION

24.     James River incorporates paragraphs 1 through 19.

25.     The Policy excludes coverage for property damage "arising out of, directly or indirectly resulting from, or in any way related to 'wildfire.'"

26.     "Wildfire" is defined as "any uncontrolled or unplanned fire[.]"

27.     Here, all damage claimed in the Underlying Action arises out of an "uncontrolled or unplanned fire."

28.     James River accordingly has no duty to defend or indemnify USA Tree in the Underlying Action.

## COUNT III - NO COVERAGE
## UNDER THE DUTY TO DEFEND EXCLUSION

29.     James River incorporates paragraphs 1 through 19.

30.     The Policy provides "[w]here there is no coverage under this policy, there is no duty to defend."

31.     James River accordingly has no duty to defend or indemnify USA Tree in the Underlying Action.

7

## <u>REQUESTED RELIEF</u>

**WHEREFORE**, James River respectfully requests that this Court:

a.    Take jurisdiction and adjudicate the rights of the parties under the Policy;

b.    Declare that James River has no obligation to defend or indemnify USA Tree in the Underlying Action under the Policy;

c.    Award James River all attorney's fees, costs and expenses it incurred to defend USA Tree in the Underlying Action;

d.    Award James River all costs it incurred to prosecute this action; and

e.    All such other relief as the Court deems just and proper under the circumstances.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Junaid N. Savani*
**JUNAID N. SAVANI**
Florida Bar No. 88816
junaid.savani@kennedyslaw.com
**BRYAN WALSH**
Florida Bar No. 1019565
bryan.walsh@kennedyslaw.com

Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, Florida 33131
T: 305.371.1111

## CERTIFICATE OF SERVICE

I CERTIFY that on September 12, 2025, this document was electronically filed via the Court's CM/ECF system, which will send a notice of filing to all parties of record.

*/s/ Junaid Savani*
**JUNAID SAVANI**